UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH – FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and, THEODORE A. PINNOCK, An Individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CHARLES MARVIN III d/b/a LEUCADIA BEACH INN; CHARLES MARVIN III FAMILY TRUST, dated 11-08-89; and DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　Defendants. | Case No.　　07 CV 1578 J (JMA)<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS CHARLES MARVIN III d/b/a LEUCADIA BEACH INN AND CHARLES MARVIN III FAMILY TRUST DATED 11-08-89 TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |

　　　Before the Court is the parties' Joint Motion to Extend Time for Defendants to File a Responsive Pleading to Plaintiffs' Complaint. [Doc. No. 3.] The parties state that an extension is warranted because "the parties wish to seek early resolution of the case without incurring attorneys fees and costs or expenditure of judicial resources." (Joint Mot. at 2.) Good cause being shown, **IT IS HEREBY ORDERED** that Defendants CHARLES MARVIN III d/b/a

1

LEUCADIA BEACH INN and CHARLES MARVIN III FAMILY TRUST dated 11-08-89 shall file and serve their responsive pleadings to Plaintiffs' Complaint on or before *September 21, 2007*.

**IT IS SO ORDERED.**

Dated: September 12, 2007

NAPOLEON A. JONES, JR.
United States District Court

Cc:   All Parties

   Magistrate Judge Adler